UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:11CR33

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) _____**ORDER** |
| | ) |
| RUTH ANN TAYLOR, | ) |
| | ) |
| Defendant. | ) |

Previously, the Court entered an Order granting a motion for a psychiatric exam as to Defendant. The Government has filed an objection pursuant to Rule 59 of the Federal Rules of Criminal Procedure to some of the language included in the Court's Order. The Government, however, does not object to the granting of Defendant's motion. The Court **DIRECTS** the Government and counsel for Defendant to jointly present a proposed order to the Court amending the prior Order by December 23, 2012.

Signed: December 22, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge